**No. 62441.**—Quincy Adams Yacht Yard, Inc. *v.* United States, protest 316823–K (Boston).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 62442.**—Air Express International Corp. *v.* United States, protest 330170–K (San Francisco).

Opinion by LAWRENCE, J. The protest was dismissed.

BEFORE THE FIRST DIVISION, NOVEMBER 14, 1958

**No. 62443.**—Armand Schwab & Co., Inc. *v.* United States protest 214137–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiff was sustained.

**No. 62444.**—Dorf International, Ltd. *v.* United States, protest 314326–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the items marked "A" consist of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim at 20 percent under the provision in paragraph 412, as modified by T. D. 51802, for "Furniture, * * * Chairs," was sustained. The items marked "B," stipulated to consist of furniture the same as that in C. A. D. 669, *supra,* were held dutiable at 12½ percent under the provision in said paragraph 412, as modified, *supra,* for other furniture.